IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RICHARD L. WARD     CHAPTER 13
                      DEBTOR     CASE NO.: 1:18-bk-01052

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtor Richard L. Ward for the above referenced case.

                                               **By:** *Nicholas G. Platt*
                                               Nicholas G. Platt 327239
                                               MOONEY LAW
                                               230 York Street
                                               Hanover, PA 17331
                                               ngp@mooney4law.com
                                               (717) 632-4656 Phone
                                               (717) 632-3612 Fax

Dated: June 29, 2021